# UNITED STATES BANKRUPTCY COURT
# IN THE EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

IN RE:

E. HAROLD BUNTING,   Case No. 07-20864
                    Chapter 7 Proceeding
　　　　Debtor.    Hon. Daniel S. Opperman
_____/

## ORDER REGARDING DENIAL OF CONTINUING OBJECTIONS FILED BY E. HAROLD BUNTING, SANDWEISS LAW CENTER, P.C., KRISTINE JAHR, AND PATRICIA GRAVEL-HENKEL TO CLAIM OF VIRGINIA KOZLOWSKI

Upon the filing of numerous Objections to the Claim of Virginia Kozlowski by E. Harold Bunting, Sandweiss Law Center, P.C., Kristine Jahr, and Patricia Gravel-Henkel and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that, except as provided herein, any and all objections filed by E. Harold Bunting, Sandweiss Law Center, P.C. Kristine Jahr, and Patricia Gravel-Henkel to the claim of Virginia Kozlowski, be and the same are hereby overruled, for the reasons stated in this Court's Opinions of September 28, 2010 and September 29, 2011.

IT IS FURTHER ORDERED that, within 28 days of entry of this Order, Virginia Kozlowski may amend her Claim to recalculate the interest due, consistent with the holding of *Chelsea Inv. Group LLC v. Chelsea*, 228 Mich. App. 239, 258-61, 792 N.W.2d 781, 794-95 (2010) to readjust and recalculate the interest every six months from the date of the complaint,

{00116640}

that date being December 8, 2000, with the utilization of the applicable interest rate from the preceding January 1 and July 1. That amended Claim shall also reflect an additional $9,000.00 reduction.

.

**Signed on November 04, 2011**

                                         **/s/ Daniel S. Opperman**
                                         **Daniel S. Opperman**
                                         **United States Bankruptcy Judge**

{00116640}

07-20864-dob    Doc 987    Filed 11/04/11    Entered 11/04/11 12:21:02    Page 2 of 2